IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JENNIFER D.,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:19-cv-00100-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 17), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, the Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). I find no error and conclude the report is correct.

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 17) is adopted in full. The Commissioner's decision is REVERSED and REMANDED for immediate calculation and payment of benefits.

IT IS SO ORDERED.

DATED this 19th day of May, 2021.

                                                   /s/ Michael J. McShane
                                                     Michael McShane
                                              United States District Judge

1 – ORDER